UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

In Re: § Case No. 21-51513
§
§
§ Chapter 7
Policy Services, Inc. §
§

LIST OF CREDITORS VERIFICATION

The above named debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of their knowledge.

/s/ Robert Mueller, Manager of Debtor                12/10/21
Debtor                                                Date


_____            _____
Joint Debtor                                          Date