IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| POLICY SERVICES, INC. | § | |
| | § | CASE NO. 21-51513-MMP |
| DEBTOR | § | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 1

NOW COMES Bexar County and files this Notice of Withdrawal of Proof of Claim No. 1. In support thereof, Bexar County respectfully represents the following:

1. Bexar County filed its secured proof of claim herein on December 15, 2021 in the amount of $3,732.68.
2. The tax debt to subject to Bexar County's proof of claim is paid in full.
3. Bexar County desires to withdraw its proof of claim no. 1 filed herein based upon the reasons stated above.

Respectfully submitted,

**LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP**
711 Navarro, Suite 300
San Antonio, TX 78205
(210) 225-6763 - *Telephone*
(210) 225-6410 - *Fax*

By: __/s/ Don Stecker__
David G. Aelvoet (SBN 00786959)
Don Stecker (SBN 19095300)
Bradley S. Balderrama (SBN 24040464)
Attorney for Bexar County

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Bexar County Proof of Claim No. 1 was served this 2nd day of June, 2022 by First Class Mail upon the following:

Debtor:
    Policy Services, Inc.
    12621 Silicon Dr
    San Antonio, TX 78249

Attorney for Debtor:
    Jason M. Rudd
    Wick Phillips Gould & Martin LLP
    3131 McKinney Ave, Suite 500
    Dallas, TX 75204

Chapter 7 Trustee:
    John Patrick Lowe
    2402 East Main Street
    Uvalde, TX 78801

                                                  /s/ Don Stecker
                                                David G. Aelvoet
                                                Don Stecker
                                                Bradley S. Balderrama