

6400 C St SW
Cedar Rapids, IA 52499

June 9, 2022

John Patrick Lowe
Chapter 7 Trustee
2402 East Main St.
Uvalde, TX 78801



Re: Policy Services Inc. Chapter 7 Bankruptcy Case No. 21-51513-MMP
Lead Case Jointly Administered

Dear Mr. Lowe:

Reference is made to the above refereneced Notice of Chapter 7 Bankruptcy Order Authorizing and approving the Sale of Certain Property... ("Order") that was received by Transamerica Life Insurance Company ("TLIC").

Please be advised this Order instructs TLIC to allow the change of ownership from Policy Services Inc. to TuYo Holdings Inc. in connection with three policies. Once active and two lapsed. Please be advised, while Policy Services Inc. is the Policy Owner on two of these policies, they are not the Owner of the third policy and therefore TLIC is unable to transfer the ownership of this policy per the Order.

To further assit, we are identifying these policies below.

*Policies owned by Policy Services Inc. and are subject to the Order:*

| Transamerica Life Insurance Company | JMD135 | REDACTED | In-Force | REDACTED 135 | $500,000.00 | $305,295.36 |
|---|---|---|---|---|---|---|
| Transamerica Life | SIE687 | REDACTED | Lapsed | REDACTED 687 | $1,500,000.00 | |

Transamerica Life Insurance Company / Transamerica Financial Life Insurance Company / Transamerica Advisors Life Insurance Company
Transamerica Premier Life Insurance Company / Transamerica Casualty Insurance Company



6400 C St SW
Cedar Rapids, IA 52499

*Policy <u>not</u> owned by Policy Services Inc. and <u>not</u> subject to the Order:*

| Transamerica Life | BASH82 | REDACTED | Lapsed | | $9,000,000.00 |
|---|---|---|---|---|---|

Should you have any further questions, please do not hesitate to call.

Sincerely,

*Theresa Hendryx*

Theresa Hendryx, Paralegal
Transamerica Life Insurance Company
Telephone: (319) 355-3350 | theresa.hendryx@transamerica.com

cc: Catherine A. Curtis
US Bankruptcy Court, Western District of TX
TuYo Holdings, LLC

2



6400 C St SW
Cedar Rapids, IA 52499

June 9, 2022

US Bankruptcy Court, Western District of TX
615 E Houston St.
San Antonio, TX 78205

RECEIVED

JUN 17 2022

U.S. BANKRUPTCY COURT
BY _____
      DEPUTY

Re: Policy Services Inc. Chapter 7 Bankruptcy Case No. 21-51513-MMP
    Lead Case Jointly Administered

Dear Bankruptcy Clerk:

Reference is made to the above refereneced Notice of Chapter 7 Bankruptcy Order Authorizing and approving the Sale of Certain Property... ("Order") that was received by Transamerica Life Insurance Company ("TLIC"). As such, the enclosed correspondence was sent.

If you have any questions regarding this matter, please contact me.

Sincerely,

*Theresa Hendryx*

Theresa Hendryx, Paralegal
Transamerica Life Insurance Company
Telephone: (319) 355-3350 | theresa.hendryx@transamerica.com

cc: John Patrick Lowe
    Catherine A. Curtis
    TuYo Holdings, LLC

4